UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES CARL REILY,          )<br>                                          )<br>              Plaintiff,      )<br>v.                                       )<br>                                          )<br>GLEN WHORTON, et al.,  )<br>                                          )<br>              Defendants.   )<br>_____) | 3:06-CV-00214-PMP- VPC<br><br><br><br>O R D E R |

      Before the Court for consideration are Defendants Motion to Dismiss (Doc. #6) filed July 2, 2007.  On December 17, 2007, the Honorable Valerie P. Cooke United States Magistrate Judge, entered a Report and Recommendation (Doc. #9) recommending that Defendants' Motion to Dismiss (Doc. #6) be granted.  Plaintiff James Carl Reily did not file a response thereto failing to exhaust his administrative remedies.

      The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Cooke's Report of Findings and Recommendation (Doc. #9) should be Affirmed.

/ / /

/ / /

/ / /

1    IT IS THEREFORE ORDERED that Defendants Motion to Dismiss (Doc. #6) is
2 hereby GRANTED.

4 DATED: January 18, 2008.

```
                                        _____
                                        PHILIP M. PRO
                                        United States District Judge
```

2